# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO ARAMBULA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:19-cv-00480-AWI-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO TERMINATE ALEX CERVANTES AND CLINICA SIERRA VISTA AS DEFENDANTS IN THIS MATTER<br><br>(ECF No. 4) |

On November 6, 2018, Gonzalo Arambula ("Plaintiff") filed this action in the Fresno County Superior Court. (ECF No. 1-1.) On April 10, 2019, the United States of America removed this matter to the Eastern District of California. (ECF No. 1.) On April 12, 2019, a notice of substitution was filed by the United States of America. (ECF No. 4.)

Pursuant to 28 U.S.C. § 2679, the exclusive remedy against an employee working in the scope of his employment is against the United States. As relevant here, a non-profit private entity receiving federal funds shall be deemed to be an employee of the Public Health Service and the exclusive remedy shall be against the United States. 42 U.S.C. 233(g)(1)(A). "Upon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a United States district court shall be deemed an action against the United States under the provisions of this title and all references thereto, and

the United States shall be substituted as the party defendant." 28 U.S.C. § 2679(d)(1).

The United States has filed a certification that the defendants named in this action, Alex Cervantes and Clinica Sierra Vista were deemed to be employees of the Public Health Service and were acting within the course and scope of their employment at the time of the incidents alleged in the complaint. (ECF No. 4-1.)

Accordingly, pursuant to 28 U.S.C. § 2679, this action is proceeding against the United States of America and the Office of the Clerk is DIRECTED to terminate Alex Cervantes and Clinica Sierra Vista as defendants in this action.

IT IS SO ORDERED.

Dated: **April 17, 2019**

UNITED STATES MAGISTRATE JUDGE